**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

CHRISTOPHER CLARENCE GOLDEN                                            PLAINTIFF

V.                                                                NO. 4:15-CV-00071-DMB-SAA

BILLY F. COLLINS, ET AL.                                              DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 2, 2016, United States Magistrate Judge S. Allan Alexander issued a Report and

Recommendation finding that "all of the plaintiff's claims should be dismissed either as frivolous

or for failure to state a constitutional claim." Doc. #14 at 11. The Report and Recommendation

directed that "[o]bjections must be in writing and must be filed within fourteen (14) days of [April

2, 2016]." The Report and Recommendation further warned that the "failure to file written

objections … shall bar [a] party, except on grounds of plain error, from attacking on appeal the

unobjected-to proposed factual findings and legal conclusions accepted by the district court." *Id.*

(citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1997)).

More than fourteen days have passed since the issuance of the Report and

Recommendation and no party has filed objections. Accordingly, this Court's review of the

Report and Recommendation is limited to plain error. *See Molina-Uribe v. United States*, 2009

WL 3535498, at *15 (S.D. Tex. Sep. 10, 2009) ("In the absence of plain error, a party's failure to

object timely to a Magistrate Judge's Report and Recommendation waives any right to further

judicial review of that decision.") (citing *Douglass* 79 F.3d at 1428–29). The Court has reviewed

the Report and Recommendation and found no plain error.

It is therefore ordered that:

1.      The Report and Recommendation is **APPROVED and ADOPTED** as the opinion

of the Court;

2.      This case is **DISMISSED** for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. § 1915(g); and

3.      This case is **CLOSED**.

**SO ORDERED**, this 13th day of May, 2016.

<u>**/s/ Debra M. Brown**</u>
**UNITED STATES DISTRICT JUDGE**